In The



Court of Appeals



Ninth District of Texas at Beaumont



____________________



NO. 09-08-239 CV


____________________



PRECIOUS JOY KING, Appellant



V.



DAVID FALGOUT, Appellee






On Appeal from the 260th District Court


Orange County, Texas


Trial Cause No. D-060135-C






MEMORANDUM OPINION


 Appellant, Precious Joy King, and appellee, David Falgout, filed a joint motion to
dismiss this appeal. The motion is voluntarily made by the parties prior to any decision of
this Court. See Tex. R. App. P. 42.1(a)(2). No other party filed notice of appeal. We grant
the motion and dismiss the appeal. 

 APPEAL DISMISSED.

 
 __________________________________

 CHARLES KREGER

 Justice

Opinion Delivered December 18, 2008

Before McKeithen, C.J., Gaultney and Kreger, JJ.